

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

James Paul Calvert, Appellant

No. 06-18-00210-CR    v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR17-203). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to assess $629.00 in court costs. As modified, the judgment of the trial court is affirmed.

We note that the appellant, James Paul Calvert, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 18, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk